UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GEOVANNY JAVIER BOZA MORA,

Petitioner,

v. Case No.: 3:26-cv-1616-MMH-SJH

WARDEN, NORTH FLORIDA DETENTION FACILITY and U.S. ATTORNEY GENERAL,

Respondents.
____________________________________/

**ORDER**

Petitioner Geovanny Javier Boza Mora, an immigration detainee, filed a pro se Petition for Writ of Habeas Corpus (Doc. 1) on June 22, 2026. He is proceeding on an Amended Petition for Writ of Habeas Corpus (Amended Petition; Doc. 3).[1] Boza Mora also filed several motions seeking a temporary restraining order, expedited consideration, and transfer of this case (Docs. 2, 4, 6, 8). In the Amended Petition, he asks the Court to review whether his

---

[1] Boza Mora includes the United District Court for the Western District of Michigan in the Amended Petition's caption because he was transferred to North Lake Correctional Facility in Baldwin, Michigan, after he filed the initial Petition. See Amended Petition at 1. This Court retains jurisdiction, despite Boza Mora's transfer, because he was detained within the Middle District of Florida when he initiated this action. See Rumsfeld v. Padilla, 542 U.S. 426, 441 (2004) ("[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release.").

detention complies with the Fifth Amendment's Due Process Clause. See Amended Petition at 2, 3. As relief, he seeks, among other things, release from custody. Id. at 5.

A writ of habeas corpus may extend to an individual who "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). Here, Boza Mora has not stated a claim or alleged sufficient facts to establish his entitlement to relief. Indeed, he does not actually assert that Respondents violated a particular constitutional or statutory right—instead, he asks the Court to essentially investigate whether he has any potential claims to challenge his detention. As such, his Amended Petition is due to be dismissed.

Accordingly, it is **ORDERED**:

1. The Amended Petition (Doc. 3) is **DISMISSED without prejudice**.

2. The **Clerk of Court** is directed to terminate any motions as moot, enter judgment dismissing the Amended Petition without prejudice, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of November, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 10/26
c:
Geovanny Javier Boza Mora, #A232332398